NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOLDEN BRIDGE TECHNOLOGY, INC.,**

*Plaintiff-Appellant*

**v.**

**APPLE INC.,**

*Defendant-Appellee*

---

2016-1537

---

Appeal from the United States District Court for the Northern District of California in No. 5:12-cv-04882-PSG, Magistrate Judge Paul S. Grewal.

---

**JUDGMENT**

---

JACK A. RUSSO, Computerlaw Group LLP, Palo Alto, CA, argued for plaintiff-appellant.

LOWELL D. MEAD, Cooley LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by TIMOTHY TETER, BENJAMIN G. DAMSTEDT; ERIN TRENDA, San Diego, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 27, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |